UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 30, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINI BRASHEAR,<br><br>Defendant. | Case No. 2:14-mj-00015-KJN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  CHRISTINI BRASHEAR ,

Case No. 2:14-mj-00015-KJN , from custody for the following reasons:

    **X**    Release on Personal Recognizance

\_\_\_\_\_   Unsecured Appearance Bond $ _____

\_\_\_\_\_   Appearance Bond with 10% Deposit

\_\_\_\_\_   Appearance Bond with Surety

\_\_\_\_\_   Corporate Surety Bail Bond

**X**   (Other): To be released on 2/3/14 at 9:00 a.m. for transport to The Effort inpatient treatment facility.

Issued at Sacramento, California on January 30, 2014 at 2:25 p.m.

By: _____

Magistrate Judge Kendall J. Newman