HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
CHRISTINI BRASHEAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-MJ-0015 KJN |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RESCHEDULING STATUS CONFERENCE** |
| CHRISTINI BRASHEAR, | |
| Defendant. | Date:  July 24, 2014<br>Time:  2:00 p.m.<br>Judge: Hon. Kendall J. Newman |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Christini Brashear, that the control date set for July 24, 2014, may be continued three weeks to August 14, 2014, at 2:00 p.m.

Ms. Brashear is charged in the Northern District of Texas but made her first appearance here and was ordered released under pretrial supervision.  She has asked the U.S. Attorney in Northern Texas to consider a Rule 20 disposition and that matter is still under consideration, defense counsel having provided medical and other records to the

Assistant U.S. Attorney there.  We expect the matter will be decided prior to August 14 so that the case can then be scheduled as appropriate.

                                            Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

Dated:  July 23, 2014                    /s/ T. Zindel
                                            TIMOTHY ZINDEL
                                            Assistant Federal Defender
                                            Attorney for CHRISTINI BRASHEAR

                                            BENJAMIN WAGNER
                                            United States Attorney

Dated:  July 23, 2014                    /s/ T. Zindel for J. Hitt
                                            JASON HITT
                                            Assistant U.S, Attorney

## O R D E R

The control date (status conference) is rescheduled for 2:00 p.m. on August 14, 2014, before the duty magistrate judge.

     IT IS SO ORDERED.

Dated:  July 24, 2014

                                            _____
                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE